1  PHILLIP A. TALBERT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

**FILED**

DEC 2 9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

7
                  IN THE UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF CALIFORNIA
9

10 | IN THE MATTER OF THE APPLICATION | 2:17-SW-1093, 17-SW-1094, AND 17-SW-1095 DB
   | OF THE UNITED STATES OF AMERICA  |
11 | FOR SEARCH WARRANTS CONCERNING:  | [PROPOSED] ORDER TO UNSEAL SEARCH
   |                                  | WARRANTS AND SEARCH WARRANT
12 | The Person of Kao Xiong; 1970 Elgin Street, | AFFIDAVITS
   | Oroville, CA; and 1996 Black Honda Civic, CA |
13 | License Plate No. 3SHB677        |

14
       Upon application of the United States of America and good cause having been shown,
15
       IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby
16
   ordered unsealed.
17

18 Dated: 12-29-17

19                                          The Honorable Deborah Barnes
                                            UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28



[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS